UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61865-CIV-DIMITROULEAS

SHARON ADAMS, et al.,

        Plaintiffs,

vs.

ABN AMRO MORTGAGE
GROUP, INC., et al.,

        Defendants.
_____/

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is between the plaintiffs in the captioned matter listed in Schedule A, on behalf of themselves, their agents, representatives, assignees, heirs, executors, beneficiaries, trustees (both individually and collectively "Plaintiffs"), and ABN AMRO, Inc.; ABN AMRO Mortgage Group, Inc.; and LaSalle Bank Corp., on behalf of themselves, all of their subsidiaries, partners, related entities, predecessors, successors, assigns, trustees, officers, directors and employees, agents, joint venturers and affiliated owners (collectively, "AAMG").

Plaintiffs filed a Complaint with the United States District Court for the Southern District of Florida, Case No. 05-61865 (the "Lawsuit") alleging that AAMG violated the Fair Labor Standards Act by failing to pay them sufficient overtime compensation for all hours worked in excess of 40 per week.

Plaintiffs and AAMG now desire to avoid further litigation and resolve all matters raised in the Lawsuit and any other wage/hour claims which Plaintiffs have against AAMG to date.

In consideration of the mutual promises set out below, the parties agree as follows:

**1.**     **Payment**

Within 40 days of the entry of an order by the Court approving the Stipulation of Judgment, AAMG shall pay Plaintiffs and their attorneys the gross sum of one million one hundred fifty thousand dollars ($1,150,000) for all claims, as described in the attached Schedule A.

The settlement fund does not include payments totaling $116,164.62 that were already made to Plaintiffs on January 18, 2006 and February 13, 2006. These payments are reflected in Schedule B. AAMG agrees that it will reissue any checks that were lost or have expired.

Backpay shall be paid to each Plaintiff, less all applicable statutory deductions, including federal and state payroll withholding and taxes, for alleged back overtime pay owed. AAMG will issue a Form W-2 to each Plaintiff in connection with this payment.

Liquidated damages shall be paid to each Plaintiff for compensation for alleged liquidated damages. AAMG will issue a Form 1099 for each Plaintiff in connection with this payment.

The sum of $402,036.59 shall be paid from the settlement fund to Robert S. Norell, P.A., for attorneys' fees and costs. AAMG will add to the Form 1099 for each Plaintiff an amount reflecting an apportionment of the attorneys fees and costs amount relative to his or her back pay and liquidated damages allocation, and will also issue a 1099 for Robert S. Norell, P.A. (tax id. 65-0643110) reflecting the entire amount.

AAMG shall pay the fees of Mediator James G. Brown in connection with this matter. This amount is separate from, and in addition to, the settlement fund.

The consideration described above constitutes valid consideration for this Agreement, is consideration to which Plaintiffs would not otherwise be entitled and is being paid in exchange for signing this Agreement and the individual release agreements.

Plaintiffs agree that, upon receipt of this payment, they have been properly paid for all hours worked, including overtime compensation for all hours worked in excess of 40 per week, and any liquidated damages stemming from any overtime claims.

**2.      Stipulation of Dismissal**

The parties shall execute and file the Joint Stipulation of Dismissal attached as Exhibit C. The parties agree that this matter will be dismissed with prejudice.

**3.      General Release**

Plaintiffs release and forever discharge AAMG from all claims raised or which could have been raised in the Lawsuit, including any claim under the FLSA and any additional claim for attorney fees and costs.

**4.      Exclusions From General Release**

1.      Excluded from the General Release above are any claims or rights which cannot be waived by law, including claims arising after the date of this Agreement, and any claims relating to or arising from the payment of any severance benefits that have been, or will be, paid to the Plaintiffs by AAMG and/or its successors.

**5.      Agreement Not To Sue**

Besides waiving and releasing the claims covered by Sections 3 above, Plaintiff further agrees never to institute a claim of any kind against AAMG that could have been raised in the Lawsuit. If Plaintiff sues AAMG in violation of this Agreement, a) he or she shall be liable to

2

AAMG for its reasonable attorneys' fees and other litigation costs incurred in defending against such a suit, or b) AAMG can require Plaintiff to return all but $100 of the money paid to that Plaintiff pursuant to this Agreement.

6. **Future Claims**

Plaintiffs' counsel agrees that if any new claimants retain Robert S. Norell, P.A., to pursue similar FLSA claims against AAMG, Plaintiffs' counsel will contact AAMG so the parties can discuss settlement possibilities prior to filing a lawsuit.

7. **Execution; Indemnification**

This Agreement is contingent upon its execution by Plaintiffs' counsel and AAMG. Plaintiffs' counsel represent that they have authority to accept this settlement on behalf of each Plaintiff, subject to Court approval. Plaintiffs' counsel agree to indemnify AAMG with respect to any attorney fees and costs incurred by AAMG with respect to any challenge by any Plaintiff to Plaintiff counsel's foregoing representation.

8. **Individual Releases**

Each Plaintiff will be required to sign an individual release as shown in Exhibit C as a condition of receipt of any settlement funds. If any Plaintiff does not execute the Release Agreement referenced below, the settlement fund payable to Plaintiffs will be reduced by 125% of the backpay and liquidated damages amount allocated to that Plaintiff in Schedule A. The remaining settlement funds will be reallocated to the Plaintiffs who executed the Agreement in the same proportions shown in Schedule A.

9. **Non-Admission**

This Agreement is not an admission of any liability or wrongdoing by AAMG. This Agreement is not admissible in any proceeding without the written consent of the parties or unless ordered by a court of competent jurisdiction, except in a proceeding instituted by either party alleging a breach of this Agreement.

10. **Confidentiality**

With the exception of the filing of the Stipulation attached as Exhibit D and any statements made to the Court in connection with that filing, Plaintiffs agree that they will keep strictly confidential this Agreement and the terms and conditions of this Agreement, as well as any communications leading to this Agreement. If inquiries arise concerning this Agreement or the Lawsuit, Plaintiffs may reply that "the matter has been resolved," but shall make no other comment. The only exceptions to the restrictions set forth in this paragraph shall be a disclosure required by a court order, or disclosure made by Plaintiffs of this Agreement to their attorneys, immediate family and/or tax advisor, on the condition that any disclosure by them to any other persons shall be deemed a violation of this Agreement. Because the exact amount of potential damages to AAMG resulting from a breach of this paragraph is difficult to determine with any precision, any violation by any Plaintiff will make him or her liable for $5,000.00 in liquidated

3

damages as well as AAMG's attorney fees and costs for enforcing the Agreement, as described in the next section.

## 11. **Entire Agreement**

This Agreement shall be construed in accordance with the laws of the State of Florida. The district court shall retain jurisdiction to enforce the terms of this agreement. Should the court find that any party has breached any term of this agreement, the non-breaching party shall be entitled to an award of attorneys fees and costs. This Agreement sets forth the entire agreement between the parties and supersedes any written or oral understanding, promise, or agreement directly or indirectly related to, which is not referred to and incorporated in this Agreement. No other promises or agreements shall be binding unless made in writing and signed by Plaintiffs and AAMG.

## 12. **Severability**

To the extent that a court of competent jurisdiction holds that any portion of this Agreement is invalid or legally unenforceable, the remaining portions shall not be affected and shall be given full force and effect.

ROBERT S. NORELL, ON BEHALF OF PLAINTIFFS

_____

Date: 9-20-07

ABN AMRO MORTGAGE GROUP, INC.

By: _Jeffrey K. Ross_  Signed w/ permission  RSN

Date: 9-20-07

4

## SCHEDULE A

| Name | Back Pay (W-2) Regular Rate | Liquidated (1099) Regular Rate | Back Pay (W-2) Off the Clock | Liquidated (1099) Off the Clock | Incentive | Attorney's Fees (1099) | Total 1099 | Total Gross Claim |
|---|---|---|---|---|---|---|---|---|
| Adams, Sharon R | $ - | $ - | $ 7,224.54 | $ 7,224.54 | $ 7,000.00 | $ 10,890.42 | $ 14,224.54 | $ 37,553.18 |
| Aguiar, Angela SOL | | | | | | | | $ - |
| Afa Escala, Johanna R | | | $ 6,462.04 | $ 6,462.04 | | $ 7,607.78 | $ 6,462.04 | $ 26,233.71 |
| Allen, Janeen A | $ 16.76 | $ 16.76 | $ 2,773.19 | $ 2,773.19 | | $ 2,279.26 | $ 2,789.95 | $ 7,859.51 |
| Amer, Zaquier | $ 95.12 | $ 95.12 | $ 162.00 | $ 162.00 | | $ 210.06 | $ 257.12 | $ 724.33 |
| Arre, Steven | | | $ 370.17 | $ 370.17 | | $ 302.41 | $ 370.17 | $ 1,042.80 |
| Austin, Debra E | $ 1,460.47 | $ 1,460.47 | | | | $ 1,193.14 | $ 1,460.47 | $ 4,114.26 |
| Babb, Kathryn A | | | $ 1,852.79 | $ 1,852.79 | | $ 3,057.09 | $ 1,852.79 | $ 10,541.68 |
| Balboa, Pura | $ 2,559.53 | | $ 5,291.20 | $ 5,291.20 | | $ 6,413.68 | $ 5,291.20 | $ 22,116.14 |
| Barrington, Kelly J | | | $ 2,434.68 | $ 2,434.68 | $ 1,000.00 | $ 5,394.81 | $ 3,434.68 | $ 18,602.81 |
| Bell, Kellie D | $ 495.23 | $ 495.23 | $ 1,340.66 | $ 1,340.66 | | $ 1,499.84 | $ 1,835.89 | $ 5,171.85 |
| Beersingh, Shakira | | | $ 1,905.12 | $ 1,905.12 | | $ 1,556.39 | $ 1,905.12 | $ 5,366.88 |
| Berra, Carmen L | $ 231.13 | $ 231.13 | | | | $ 188.82 | $ 231.13 | $ 651.11 |
| Bink, Annette EXEMPT | | | | | | | | $ - |
| Blair, Faith R | | | $ 11,582.67 | $ 11,582.67 | $ 1,000.00 | $ 12,175.51 | $ 12,582.67 | $ 41,984.53 |
| Brown, Angela | | | $ 22.68 | $ 22.68 | | $ 18.53 | $ 22.68 | $ 63.89 |
| Brown, Linda A | $ 1,595.91 | $ 1,595.91 | $ 4,427.33 | $ 4,427.33 | | $ 4,920.70 | $ 6,023.24 | $ 16,967.93 |
| Brown-Robinson, Shawntel | $ 314.49 | $ 314.49 | $ 421.20 | $ 421.20 | | $ 601.02 | $ 735.69 | $ 2,072.50 |
| Brown, Valerie D | $ 902.46 | $ 902.46 | | | | $ 737.27 | $ 902.46 | $ 2,542.30 |
| Burbano, Betty W | $ 402.22 | $ 402.22 | $ 3,960.12 | $ 3,960.12 | | $ 3,563.83 | $ 4,362.34 | $ 12,289.07 |
| Cameron, Stacey A | | | $ 6,236.16 | $ 6,236.16 | $ 1,000.00 | $ 7,467.15 | $ 7,236.16 | $ 25,748.79 |
| Carr, Lucaster K | | | $ 625.13 | $ 625.13 | | $ 1,971.49 | $ 625.13 | $ 6,798.24 |
| Cesar, Karine | $ 1,387.71 | $ 1,387.71 | $ 7,461.82 | $ 7,461.82 | | $ 7,229.65 | $ 8,849.53 | $ 24,929.84 |
| Clarke, Trisha M | $ 1,086.25 | $ 1,086.25 | $ 1,288.22 | $ 1,288.22 | | $ 1,939.83 | $ 2,374.47 | $ 6,689.06 |
| Coccia, Thomas J | $ 5,458.42 | $ 5,458.42 | $ 4,403.39 | $ 4,403.39 | | $ 8,056.64 | $ 9,861.81 | $ 27,781.51 |
| Coles, John A | $ 30.44 | $ 30.44 | | | | $ 24.87 | $ 30.44 | $ 85.75 |
| Corbin, Ricardo | $ 149.70 | $ 149.70 | $ 2,527.20 | $ 2,527.20 | | $ 2,186.90 | $ 2,676.90 | $ 7,541.04 |
| Cousino, Charlene SOL | | | | | | | | $ - |
| Cousins, Marie N | $ 46.38 | $ 46.38 | $ 2,144.61 | $ 2,144.61 | | $ 1,789.94 | $ 2,190.99 | $ 6,172.19 |
| Crowl, Zandra M | | | $ 4,702.50 | $ 4,702.50 | $ 1,000.00 | $ 7,952.53 | $ 5,702.50 | $ 27,422.50 |
| Cruz, Evelyn | | | | | | $ 350.78 | | $ 1,209.57 |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curling, Deborah A | $ | - | $ | 3,950.89 | $ | 3,950.89 | $ | - | $ | 4,012.58 | $ | 4,911.65 | $ | 13,836.50 |
| Dabideen, Satya R | $ | 960.76 | $ | 4,120.55 | $ | 4,120.55 | $ | - | $ | 3,812.58 | $ | 5,166.83 | $ | 13,146.84 |
| Damico, Mary C | $ | 46.28 | $ | 5,509.30 | $ | 5,509.30 | $ | 1,000.00 | $ | 5,454.60 | $ | 7,176.76 | $ | 18,808.96 |
| Damon, Henry | $ | 667.46 | $ | 5,815.38 | $ | 5,815.38 | $ | 1,000.00 | $ | 5,537.21 | $ | 6,777.88 | $ | 19,093.83 |
| Daniel, Kelsey A | $ | 962.50 | $ | 466.21 | $ | 466.21 | $ | - | $ | 662.44 | $ | 466.21 | $ | 2,284.28 |
| Dawkins, Kay K | $ | 2,128.96 | $ | 1,872.63 | $ | 1,872.63 | $ | 1,000.00 | $ | 3,677.59 | $ | 5,001.59 | $ | 12,681.34 |
| Deas, Marolynn | $ | - | $ | 3,385.80 | $ | 3,385.80 | $ | 1,000.00 | $ | 3,174.52 | $ | 4,385.80 | $ | 10,946.61 |
| Decesari, Gisella Z | $ | 168.96 | $ | 1,770.26 | $ | 1,770.26 | $ | - | $ | 1,584.25 | $ | 1,939.22 | $ | 5,462.92 |
| Denny, Raymond | $ | 1,209.76 | $ | 763.02 | $ | 763.02 | $ | 1,000.00 | $ | 2,020.15 | $ | 2,972.78 | $ | 6,966.02 |
| Diamond, Lissete | $ | - | $ | 7,054.21 | $ | 7,054.21 | $ | - | $ | 7,839.25 | $ | 7,054.21 | $ | 27,031.89 |
| Dirupo, Marylea | $ | - | $ | 1,609.20 | $ | 1,609.20 | $ | - | $ | 1,314.64 | $ | 1,609.20 | $ | 4,533.23 |
| Diven, Amy J | $ | 270.38 | $ | 324.22 | $ | 324.22 | $ | 1,000.00 | $ | 894.23 | $ | 1,594.60 | $ | 3,083.56 |
| Ellis, Diane | $ | 5,895.10 | $ | 8,315.31 | $ | 8,315.31 | $ | 1,000.00 | $ | 12,017.72 | $ | 15,210.41 | $ | 41,440.41 |
| Erving, John C.  NO OTC | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Feldman, Elliot NO CONTAC | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Flash, Clifford A | $ | 335.05 | $ | 705.89 | $ | 705.89 | $ | - | $ | 1,185.21 | $ | 705.89 | $ | 4,086.93 |
| Fleurinord, Zack W | $ | 2,720.88 | $ | 469.49 | $ | 469.49 | $ | 1,000.00 | $ | 1,065.75 | $ | 1,804.54 | $ | 3,674.98 |
| Flores, Yolanda | $ | - | $ | 5,919.60 | $ | 5,919.60 | $ | - | $ | 7,058.87 | $ | 8,640.48 | $ | 24,340.92 |
| Francis, Faithpatra F | $ | - | $ | 3,801.56 | $ | 3,801.56 | $ | - | $ | 5,824.53 | $ | 3,801.56 | $ | 20,084.60 |
| Francois, Mareus L | $ | 1,662.48 | $ | 1,305.08 | $ | 1,305.08 | $ | 1,000.00 | $ | 2,832.83 | $ | 3,967.56 | $ | 9,768.39 |
| Gaouette, Kevin A | $ | 879.41 | $ | 8,310.80 | $ | 8,310.80 | $ | - | $ | 7,507.97 | $ | 9,190.21 | $ | 25,889.56 |
| Garza, Silvia | $ | 992.81 | $ | 4,430.76 | $ | 4,430.76 | $ | - | $ | 4,430.81 | $ | 5,423.57 | $ | 15,278.64 |
| Geloso, Joseph SOL | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Gibson, Lorrice | $ | 616.55 | $ | 492.48 | $ | 492.48 | $ | 1,000.00 | $ | 1,314.50 | $ | 2,109.03 | $ | 4,532.77 |
| Gregory, Chelonda McKenzie | | | $ | 341.50 | $ | 341.50 | | | $ | 1,132.48 | $ | 341.50 | $ | 3,905.10 |
| Grimes, Ida M | $ | 243.87 | $ | 1,512.95 | $ | 1,512.95 | $ | - | $ | 1,435.24 | $ | 1,756.82 | $ | 4,949.10 |
| Hadar, Jacqueline | | | $ | 5,620.49 | $ | 5,620.49 | $ | - | $ | 6,314.34 | $ | 5,620.49 | $ | 21,773.60 |
| Harris, Gail L | $ | 2,975.55 | $ | 7,538.79 | $ | 7,538.79 | $ | 3,500.00 | $ | 10,019.39 | $ | 14,014.34 | $ | 34,549.63 |
| Herrera, Arelis M (Rodriguez | $ | - | $ | 409.03 | $ | 409.03 | | | $ | 334.16 | $ | 409.03 | $ | 1,152.27 |
| Hightower, Pamela Y | $ | 76.57 | $ | 1,495.26 | $ | 1,495.26 | $ | - | $ | 1,294.29 | $ | 1,495.26 | $ | 4,463.06 |
| Hill, Anthony M | $ | 3,619.53 | $ | 669.25 | $ | 669.25 | $ | - | $ | 3,503.74 | $ | 669.25 | $ | 12,081.85 |
| Hill, George | | | $ | 6,660.31 | $ | 6,660.31 | | | $ | 8,434.35 | $ | 6,660.31 | $ | 29,083.98 |
| Horton, Susanna | $ | 198.15 | $ | - | $ | - | $ | - | $ | 161.88 | $ | 198.15 | $ | 558.20 |
| Innis, Maria S | $ | 114.67 | $ | - | $ | - | $ | - | $ | 146.07 | $ | - | $ | 503.69 |
| Irrizary, Noreen | $ | 1,500.00 | $ | - | $ | - | $ | - | $ | 1,225.43 | $ | 1,500.00 | $ | 4,225.62 |
| Jeanfelix, Richard | $ | 241.33 | $ | 894.55 | $ | 894.55 | $ | - | $ | 927.96 | $ | 1,135.88 | $ | 3,199.87 |
| Johnson, Lolita D | | | $ | 3,610.42 | $ | 3,610.42 | $ | - | $ | 3,441.06 | $ | 3,610.42 | $ | 11,865.74 |
| Johnson, Michelle R | $ | 598.66 | $ | 4,494.76 | $ | 4,494.76 | $ | - | $ | 4,161.08 | $ | 5,093.42 | $ | 14,348.56 |
| Johnson, Sharon A | | | $ | 2,525.12 | $ | 2,525.12 | $ | - | $ | 3,066.51 | $ | 2,525.12 | $ | 10,574.18 |
| Johnston, Bernadette W | $ | 475.49 | $ | 370.12 | $ | 370.12 | $ | - | $ | 690.82 | $ | 845.61 | $ | 2,382.15 |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Karsybayeva, Kamilla B | $ | 2,195.05 | $ | 2,195.05 | $ | 2,184.20 | $ | | $ | 3,577.64 | $ | 4,379.25 | $ | 12,336.69 |
| Knapp, James | $ | - | $ | - | $ | 1,553.88 | $ | - | $ | 1,269.45 | $ | 1,553.88 | $ | 4,377.41 |
| Kolacki, Constance WANTS | $ | | $ | | $ | | | - | $ | | $ | | $ | |
| Lenartowicz, Cynthia J | $ | 1,189.62 | $ | 1,189.62 | $ | 747.44 | | - | $ | 1,582.48 | $ | 1,937.06 | $ | 5,456.84 |
| Levy, Patrick | $ | 34.24 | $ | 34.24 | $ | - | | - | $ | 27.97 | $ | 34.24 | $ | 96.46 |
| Lewis, Valerie W | $ | | $ | | $ | 2,258.50 | | - | $ | 3,160.34 | $ | 2,258.50 | $ | 10,897.72 |
| Luc, Thanh T | $ | 1,215.06 | $ | 1,215.06 | $ | 2,238.64 | | - | $ | 2,821.51 | $ | 3,453.70 | $ | 9,729.35 |
| Ludviksen, Zuzel | $ | 63.48 | $ | 63.48 | $ | 208.71 | | - | $ | 222.37 | $ | 272.19 | $ | 766.78 |
| Madera, Evelia L | $ | 30.46 | $ | 30.46 | $ | 2,235.03 | | - | $ | 1,850.80 | $ | 2,265.49 | $ | 6,382.06 |
| Maldonado, Luis | | | $ | | $ | 443.21 | | - | $ | 1,299.82 | $ | 443.21 | $ | 4,482.13 |
| Marin, Consuelo M WANTS | $ | - | $ | - | $ | | | | $ | | $ | | $ | |
| Martinez, Gabriel | | | | | $ | 3,795.22 | | - | $ | 4,091.47 | $ | 3,795.22 | $ | 14,108.50 |
| Mason, Patricia J | | | $ | | $ | | | - | $ | 3,215.48 | $ | | $ | 11,087.87 |
| Mcclain, Angel T | $ | 24.93 | $ | 24.93 | $ | 2,365.36 | | - | $ | 1,952.76 | $ | 2,390.29 | $ | 6,733.64 |
| Mccollum, Monique L | $ | 1,319.83 | $ | 1,319.83 | $ | 2,121.15 | | - | $ | 2,811.12 | $ | 3,440.98 | $ | 9,693.51 |
| Mcintosh, Shana (Heron) | $ | 314.77 | $ | 314.77 | $ | 5,486.73 | | - | $ | 8,020.21 | $ | 5,801.50 | $ | 27,655.90 |
| Mckenzie, Crage | | | | | $ | 515.20 | | - | $ | 600.00 | $ | 515.20 | $ | 2,068.96 |
| McKenzie, Michelle | $ | 6.36 | $ | 6.36 | $ | 1,035.99 | | - | $ | 851.55 | $ | 1,042.35 | $ | 2,936.38 |
| Mendez, Alma L | $ | 167.20 | $ | - | $ | 1,804.94 | | - | $ | 1,542.85 | $ | 1,804.94 | $ | 5,320.17 |
| Mills Henry, Jennifer A | $ | 615.70 | $ | 615.70 | $ | 1,846.41 | | - | $ | 2,011.43 | $ | 2,462.11 | $ | 6,935.96 |
| Monaco, Constance | $ | 113.76 | $ | 113.76 | $ | - | | - | $ | 92.94 | $ | 113.76 | $ | 320.47 |
| Moore, Belynda SOL | $ | - | $ | - | $ | | | | $ | | $ | | $ | |
| Morrison, Giselle R | | | | | $ | 3,021.80 | | - | $ | 4,158.46 | $ | 3,021.80 | $ | 14,339.53 |
| Moser, Lauren M | $ | 759.80 | $ | 759.80 | $ | 2,055.53 | | 500.00 | $ | 2,504.23 | $ | 3,315.33 | $ | 8,635.27 |
| Murphy, Charles | $ | - | $ | - | $ | 2,307.47 | | - | $ | 1,885.09 | $ | 2,307.47 | $ | 6,500.31 |
| Moulier, Joe J | $ | - | $ | - | $ | 1,904.86 | | - | $ | 1,556.18 | $ | 1,904.86 | $ | 5,366.13 |
| Navarro, Claudia SOL | $ | - | $ | - | $ | | | | $ | | $ | | $ | |
| Nelson, George A | $ | - | $ | - | $ | 963.67 | | - | $ | 1,050.16 | $ | 963.67 | $ | 3,621.24 |
| Nelson, Monica L | $ | 434.21 | $ | 434.21 | $ | - | | - | $ | 354.73 | $ | 434.21 | $ | 1,223.20 |
| Neumann, Wallace | $ | - | $ | - | $ | 510.30 | | - | $ | 416.89 | $ | 510.30 | $ | 1,437.56 |
| Odle, Barbara S | $ | 67.11 | $ | 67.11 | $ | 259.61 | | - | $ | 266.91 | $ | 326.72 | $ | 920.38 |
| Olacio, James | $ | | $ | | $ | 1,792.14 | | 500.00 | $ | 1,772.77 | $ | 2,292.14 | $ | 6,113.00 |
| O'Leary, Jerome | $ | 5.62 | $ | 5.62 | $ | - | | - | $ | 4.59 | $ | 5.62 | $ | 15.83 |
| Palermo, Jose A | $ | 146.23 | $ | 146.23 | $ | 1,765.69 | | - | $ | 1,561.95 | $ | 1,911.92 | $ | 5,386.02 |
| Perez, Betty (DIAZ) | $ | 984.79 | $ | 984.79 | $ | 2,629.92 | | - | $ | 2,953.05 | $ | 3,614.71 | $ | 10,182.94 |
| Perrin, Karlee | $ | - | $ | - | $ | 2,033.93 | | - | $ | 1,661.62 | $ | 2,033.93 | $ | 5,729.74 |
| Prideaux, Wanda | $ | - | $ | - | $ | 1,296.00 | | - | $ | 1,058.77 | $ | 1,296.00 | $ | 3,650.94 |
| Pyle, Casandra Lee | $ | 1,388.83 | $ | 1,388.83 | $ | 5,405.01 | | - | $ | 5,550.25 | $ | 6,793.84 | $ | 19,138.79 |
| Quinlan-Gill, Theresa | $ | 413.57 | $ | | $ | 2,437.00 | | - | $ | 2,297.45 | $ | 2,437.00 | $ | 7,922.25 |
| Ragoo, Ambica | $ | 182.10 | $ | 182.10 | $ | 1,707.42 | | - | $ | 1,543.65 | $ | 1,889.52 | $ | 5,322.92 |

| Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Raphael, Wilfred A | $ | - | $ | 1,779.36 | $ | 1,779.36 | $ | 1,779.36 | $ 6,825.84 |
| Rhoden, Marcia, E.  SOL | $ | - | $ | - | $ | - | $ | - | $ - |
| Richard, Aliette | $ | - | $ | 6,865.56 | $ | 6,865.56 | $ | 6,865.56 | $ 19,340.83 |
| Richards, Nancy T | $ | 44.07 | $ | 2,153.54 | $ | - | $ | 1,795.34 | $ 6,190.83 |
| Rivera, Reynaldo | $ | 47.40 | $ | 3,698.58 | $ | - | $ | 3,060.29 | $ 10,552.73 |
| Roberts, Vernell | $ | - | $ | 7,786.07 | $ | - | $ | 7,695.23 | $ 26,535.29 |
| Rodriguez, Richard | $ | 58.29 | $ | - | $ 1,000.00 | $ | 47.62 | $ | 58.29 | $ 164.21 |
| Rogers, Gerald R | $ | 15.88 | $ | 8,069.71 | $ | - | $ | 6,605.55 | $ | 8,085.59 | $ 22,777.75 |
| Rolle, Maulana K | $ | 302.42 | $ | 2,578.89 | $ | - | $ | 2,353.89 | $ | 2,881.31 | $ 8,116.88 |
| Rush, Leslie SOL | $ | - | $ | - | $ | - | $ | - | $ - |
| Sabater, Dulce Melody  SOL | $ | - | $ | - | $ | - | $ | - | $ - |
| Serrano Lebron, Carmen E | $ | 140.41 | $ | - | $ | - | $ | 114.71 | $ | 140.41 | $ 395.55 |
| Shapiro, Brigette | $ | 193.35 | $ | 694.50 | $ | - | $ | 725.33 | $ | 887.85 | $ 2,501.15 |
| Shelly, Sandra | $ | - | $ | 2,551.75 | $ | - | $ | 2,084.66 | $ | 2,551.75 | $ 7,188.49 |
| Shureld, India | $ | 1,090.71 | $ | 1,832.22 | $ | - | $ | 2,387.90 | $ | 2,922.93 | $ 8,234.13 |
| Silva, Rose M | $ | - | $ | 3,434.23 | $ | - | $ | 3,909.63 | $ | 3,434.23 | $ 13,481.49 |
| Singh, Harold R | $ | - | $ | 3,510.63 | $ | - | $ | 3,184.79 | $ | 3,510.63 | $ 10,982.02 |
| Smith, Agnes L | $ | 530.97 | $ | 4,747.66 | $ | - | $ | 4,312.39 | $ | 5,278.63 | $ 14,870.33 |
| Smith, Garvin M | $ | 137.78 | $ | 3,701.10 | $ | - | $ | 3,136.19 | $ | 3,838.88 | $ 10,814.43 |
| Smith, June | $ | - | $ | 2,902.88 | $ | - | $ | 2,371.52 | $ | 2,902.88 | $ 8,177.64 |
| Soto, Cheryl C | $ | - | $ | 18,054.40 | $ 1,000.00 | $ | 19,623.26 | $ | 19,054.40 | $ 67,666.43 |
| Spencer, Kerene A | $ | 311.13 | $ | 3,400.96 | $ | - | $ | 3,159.69 | $ | 3,400.96 | $ 10,895.49 |
| Starkey, Catherine | $ | 143.83 | $ | - | $ | - | $ | 117.50 | $ | 143.83 | $ 405.18 |
| Stern, Maureen | $ | - | $ | 680.40 | $ 500.00 | $ | 760.09 | $ | 1,180.40 | $ 2,621.01 |
| Sumpter, Robert, T. | $ | 135.68 | $ | - | $ | - | $ | 110.84 | $ | 135.68 | $ 382.22 |
| Taal, Theresa D | $ | 366.77 | $ | 2,312.30 | $ 1,000.00 | $ | 2,597.15 | $ | 3,679.07 | $ 8,955.69 |
| Thompson, Brenda | $ | - | $ | 434.36 | $ | - | $ | 354.85 | $ | 434.36 | $ 1,223.63 |
| Turnquest, Christine NO OT | $ | - | $ | - | $ | - | $ | - | $ - |
| Verley, Nichole L | $ | 832.16 | $ | 988.62 | $ | - | $ | 1,487.49 | $ | 1,820.78 | $ 5,129.28 |
| Ward, Judy A | $ | 2,205.88 | $ | 2,955.50 | $ | - | $ | 4,216.61 | $ | 5,161.38 | $ 14,540.02 |
| Washburn, Steven H | $ | 857.25 | $ | 2,189.35 | $ | - | $ | 2,488.93 | $ | 3,046.60 | $ 8,582.51 |
| Webb, Arthenia | $ | 658.42 | $ | 934.74 | $ | - | $ | 1,301.54 | $ | 1,593.16 | $ 4,488.06 |
| Welke, Phillip L | $ | 149.89 | $ | 3,574.53 | $ | - | $ | 3,042.68 | $ | 3,724.42 | $ 10,491.99 |
| Weston, Narene B | $ | - | $ | 909.21 | $ | - | $ | 4,760.74 | $ | 909.21 | $ 16,416.33 |
| Wilkey, James  SOL | $ | - | $ | - | $ | - | $ | - | $ - |
| Willoughby, John M | $ | 1,184.85 | $ | 637.09 | $ 1,000.00 | $ | 1,896.92 | $ | 2,821.94 | $ 6,541.10 |
| Wilson, Shelby T | $ | 55.15 | $ | - | $ | - | $ | 45.05 | $ | 55.15 | $ 155.36 |
| Wooten, Ethel | $ | - | $ | 276.21 | $ | - | $ | 225.65 | $ | 276.21 | $ 778.11 |
| Yepez, Camilo A | $ | - | $ | 2,183.61 | $ | - | $ | 1,783.91 | $ | 2,183.61 | $ 6,151.40 |
| | $ | 66,928.39 | $59,666.19 | $ 342,923.49 | $342,923.49 | $ 30,000.00 | $ 402,036.59 | $ 432,589.67 | $ 1,386,333.06 |

## SCHEDULE B – PAYMENTS ALREADY TENDERED

| Plaintiff | Back Pay | Liquidated Damages | Total (before withholding) |
|---|---|---|---|
| Stacey Cameron | $2,239.95 | $2,239.95 | $4,479.90 |
| Sharon Adams | $2,499.09 | $2,499.09 | $4,998.18 |
| Kelly Barrington | $3,549.39 | $3,549.39 | $7,098.78 |
| Zandra Crowl | $3,004.87 | $3,004.87 | $6,009.74 |
| Lolita Johnson | $270.56 | $270.56 | $541.12 |
| Crage Mckenzie | $191.23 | $191.23 | $382.46 |
| Vernell Roberts | $604.22 | $604.22 | $1,208.44 |
| Patricia Mason | $3,899.46 | $3,899.46 | $7,798.92 |
| Narene Weston | $2,844.00 | $2,844.00 | $5,688.00 |
| George Nelson | $314.99 | $314.99 | $629.98 |
| Valerie Lewis | $1,441.34 | $1,441.34 | $2,882.68 |
| Jacqueline Bithorn | $1,785.98 | $1,785.98 | $3,571.96 |
| Joanna Afa | $2,504.21 | $2,504.21 | $5,008.42 |
| Faith Blair | $2,535.83 | $2,535.83 | $5,071.66 |
| Shana McIntosh Heron | $3,700.96 | $3,700.96 | $7,401.92 |
| Chelonda McKenzie | $715.08 | $715.08 | $1,430.16 |
| Rose Silva | $1,255.99 | $1,255.99 | $2,511.98 |
| Cheryl Soto | $4,487.24 | $4,487.24 | $8,974.48 |
| Lucaster Carr | $357.77 | $357.77 | $715.54 |
| Sharon Ann Marie Johnson | $629.63 | $629.63 | $1,259.26 |
| Kathy Babb | $1,854.80 | $1,854.80 | $3,709.60 |
| Kelsey Daniel | $54.20 | $54.20 | $108.40 |

| | | | |
|---|---|---|---|
| Gabriel Martinez | $1,024.00 | $1,024.00 | $2,048.00 |
| Lisette Diamond | $2,331.00 | $2,331.00 | $4,662.00 |
| Faithpatra Brown | $3,265.80 | $3,265.80 | $6,531.60 |
| Evelyn Cruz | $381.40 | $381.40 | $762.80 |
| George Hill | $3,528.74 | $3,528.74 | $7,057.48 |
| Luis Maldonado | $1,143.40 | $1,143.40 | $2,286.80 |
| Gisselle Morrison | $1,677.80 | $1,677.80 | $3,355.60 |
| Judy Ward | $2,205.88 | $2,205.88 | $4,411.76 |
| Narene Weston | $1,783.50 | $1,783.50 | $3,567.00 |
| James Olacio | $51.13 | $51.13 | $102.26 |
| Harold Singh | $252.21 | $252.21 | $504.42 |
| Wilfred Raphael | $635.76 | $635.76 | $1,271.52 |
| Clifford Flash | $744.88 | $744.88 | $1,489.76 |
| **Total** | | | **$119,532.58** |

CH1 11313199.1