# EXHIBIT 4

| Name | Back Pay (W-2) Regular Rate | Liquidated (1099) Regular Rate | Back Pay (W-2) Off the Clock | Liquidated (1099) Off the Clock | Incentive | Attorney's Fees (1099) | Total 1099 | Total Gross Claim |
|---|---|---|---|---|---|---|---|---|
| Adams,Sharon R | $ - | $ - | $ 7,224.54 | $ 7,224.54 | $ 7,000.00 | $ 10,890.42 | $ 14,224.54 | $ 37,553.18 |
| Aguiar, Angela  SOL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Afa Escala,Johanna R | $ 16.76 | $ 16.76 | $ 6,462.04 | $ 6,462.04 | $ - | $ 7,607.78 | $ 6,462.04 | $ 26,233.71 |
| Allen,Janeen A | $ - | $ - | $ 2,773.19 | $ 2,773.19 | $ - | $ 2,279.26 | $ 2,789.95 | $ 7,859.51 |
| Amer, Zaquier | $ 95.12 | $ 95.12 | $ 162.00 | $ 162.00 | $ - | $ 210.06 | $ 257.12 | $ 724.33 |
| Arre, Steven | $ - | $ - | $ 370.17 | $ 370.17 | $ - | $ 302.41 | $ 370.17 | $ 1,042.80 |
| Austin,Debra E | $ 1,460.47 | $ 1,460.47 | $ - | $ - | $ - | $ 1,193.14 | $ 1,460.47 | $ 4,114.26 |
| Babb,Kathryn A | $ - | $ - | $ 1,852.79 | $ 1,852.79 | $ - | $ 3,057.09 | $ 1,852.79 | $ 10,541.68 |
| Balboa,Pura | $ 2,559.53 | $ - | $ 5,291.20 | $ 5,291.20 | $ - | $ 6,413.68 | $ 5,291.20 | $ 22,116.14 |
| Barrington,Kelly J | $ - | $ - | $ 2,434.68 | $ 2,434.68 | $ 1,000.00 | $ 5,394.81 | $ 3,434.68 | $ 18,602.81 |
| Bell,Kellie D | $ 495.23 | $ 495.23 | $ 1,340.66 | $ 1,340.66 | $ - | $ 1,499.84 | $ 1,835.89 | $ 5,171.85 |
| Beersingh, Shakira | $ - | $ - | $ 1,905.12 | $ 1,905.12 | $ - | $ 1,556.39 | $ 1,905.12 | $ 5,366.88 |
| Berra,Carmen L | $ 231.13 | $ 231.13 | $ - | $ - | $ - | $ 188.82 | $ 231.13 | $ 651.11 |
| Bink, Annette  EXEMPT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Blair,Faith R | $ - | $ - | $ 11,582.67 | $ 11,582.67 | $ 1,000.00 | $ 12,175.51 | $ 12,582.67 | $ 41,984.53 |
| Brown, Angela | $ - | $ - | $ 22.68 | $ 22.68 | $ - | $ 18.53 | $ 22.68 | $ 63.89 |
| Brown,Linda A | $ 1,595.91 | $ 1,595.91 | $ 4,427.33 | $ 4,427.33 | $ - | $ 4,920.70 | $ 6,023.24 | $ 16,967.93 |
| Brown-Robinson, Shawntel | $ 314.49 | $ 314.49 | $ 421.20 | $ 421.20 | $ - | $ 601.02 | $ 735.69 | $ 2,072.50 |
| Brown,Valerie D | $ 902.46 | $ 902.46 | $ - | $ - | $ - | $ 737.27 | $ 902.46 | $ 2,542.30 |
| Burbano,Betty W | $ 402.22 | $ 402.22 | $ 3,960.12 | $ 3,960.12 | $ - | $ 3,563.83 | $ 4,362.34 | $ 12,289.07 |
| Cameron,Stacey A | $ - | $ - | $ 6,236.16 | $ 6,236.16 | $ 1,000.00 | $ 7,467.15 | $ 7,236.16 | $ 25,748.79 |
| Carr,Lucaster K | $ - | $ - | $ 625.13 | $ 625.13 | $ - | $ 1,971.49 | $ 625.13 | $ 6,798.24 |
| Cesar,Karine | $ 1,387.71 | $ 1,387.71 | $ 7,461.82 | $ 7,461.82 | $ - | $ 7,229.65 | $ 8,849.53 | $ 24,929.84 |
| Clarke,Trisha M | $ 1,086.25 | $ 1,086.25 | $ 1,288.22 | $ 1,288.22 | $ - | $ 1,939.83 | $ 2,374.47 | $ 6,689.06 |
| Coccia,Thomas J | $ 5,458.42 | $ 5,458.42 | $ 4,403.39 | $ 4,403.39 | $ - | $ 8,056.64 | $ 9,861.81 | $ 27,781.51 |
| Coles,John A | $ 30.44 | $ 30.44 | $ - | $ - | $ - | $ 24.87 | $ 30.44 | $ 85.75 |
| Corbin, Ricardo | $ 149.70 | $ 149.70 | $ 2,527.20 | $ 2,527.20 | $ - | $ 2,186.90 | $ 2,676.90 | $ 7,541.04 |
| Cousino, Charlene  SOL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cousins,Marie N | $ - | $ - | $ 2,144.61 | $ 2,144.61 | $ - | $ 1,789.94 | $ 2,190.99 | $ 6,172.19 |
| Crowl,Zandra M | $ 46.38 | $ 46.38 | $ 4,702.50 | $ 4,702.50 | $ 1,000.00 | $ 7,952.53 | $ 5,702.50 | $ 27,422.50 |
| Cruz,Evelyn | $ - | $ - | $ - | $ - | $ - | $ 350.78 | $ - | $ 1,209.57 |

| Name | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| Curling,Deborah A | $ 960.76 | $ 960.76 | $ 3,950.89 | $ 3,950.89 | $ - | $ 4,012.58 | $ 13,836.50 |
| Dabideen,Satya R | $ 46.28 | $ 46.28 | $ 4,120.55 | $ 4,120.55 | $ - | $ 3,812.58 | $ 13,146.84 |
| Damico,Mary C | $ 667.46 | $ 667.46 | $ 5,509.30 | $ 5,509.30 | $ 1,000.00 | $ 5,454.60 | $ 18,808.96 |
| Damon,Henry | $ 962.50 | $ 962.50 | $ 5,815.38 | $ 5,815.38 | $ 1,000.00 | $ 6,777.88 | $ 19,093.83 |
| Daniel,Kelsey A | | | $ 466.21 | $ 466.21 | $ - | $ 5,537.21 | $ 2,284.28 |
| Dawkins,Kay K | $ 2,128.96 | $ 2,128.96 | $ 1,872.63 | $ 1,872.63 | $ - | $ 662.44 | $ 12,681.34 |
| Deas, Marolynn | | | $ 3,385.80 | $ 3,385.80 | $ 1,000.00 | $ 3,677.59 | $ 10,946.61 |
| Decesari,Gisella Z | $ 168.96 | $ 168.96 | $ 1,770.26 | $ 1,770.26 | $ 1,000.00 | $ 3,174.52 | $ 5,462.92 |
| Denny,Raymond | $ 1,209.76 | $ 1,209.76 | $ 763.02 | $ 763.02 | $ - | $ 1,584.25 | $ 6,966.02 |
| Diamond,Lissete | | | $ 7,054.21 | $ 7,054.21 | $ 1,000.00 | $ 2,020.15 | $ 27,031.89 |
| Dirupo,Marylea | | | $ 1,609.20 | $ 1,609.20 | $ - | $ 2,972.78 | $ 4,533.23 |
| Diven,Amy J | $ 270.38 | $ 270.38 | $ 324.22 | $ 324.22 | $ 1,000.00 | $ 7,839.25 | $ 3,083.56 |
| Ellis,Diane | $ 5,895.10 | $ 5,895.10 | $ 8,315.31 | $ 8,315.31 | $ 1,000.00 | $ 1,314.64 | $ 41,440.41 |
| Erving, John C.  NO OTC | | | $ - | $ - | $ - | $ 12,017.72 | $ - |
| Feldman, Elliot NO CONTAC | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Flash,Clifford A | $ - | $ - | $ 705.89 | $ 705.89 | $ 1,000.00 | $ 1,185.21 | $ 4,086.93 |
| Fleurinord,Zack W | $ 335.05 | $ 335.05 | $ 469.49 | $ 469.49 | $ - | $ 1,065.75 | $ 3,674.98 |
| Flores,Yolanda | $ 2,720.88 | $ 2,720.88 | $ 5,919.60 | $ 5,919.60 | $ - | $ 7,058.87 | $ 24,340.92 |
| Francis,Faithpatra F | | | $ 3,801.56 | $ 3,801.56 | $ - | $ 5,824.53 | $ 20,084.60 |
| Francois,Mareus L | $ 1,662.48 | $ 1,662.48 | $ 1,305.08 | $ 1,305.08 | $ 1,000.00 | $ 2,832.83 | $ 9,768.39 |
| Gaouette,Kevin A | $ 879.41 | $ 879.41 | $ 8,310.80 | $ 8,310.80 | $ - | $ 7,507.97 | $ 25,889.56 |
| Garza,Silvia | $ 992.81 | $ 992.81 | $ 4,430.76 | $ 4,430.76 | $ - | $ 4,430.81 | $ 15,278.64 |
| Geloso, Joseph SOL | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gibson, Lorrice | $ 616.55 | $ 616.55 | $ 492.48 | $ 492.48 | $ 1,000.00 | $ 1,314.50 | $ 4,532.77 |
| Gregory,Chelonda McKenzie | | | $ 341.50 | $ 341.50 | $ - | $ 1,132.48 | $ 3,905.10 |
| Grimes,Ida M | $ 243.87 | $ 243.87 | $ 1,512.95 | $ 1,512.95 | $ - | $ 1,435.24 | $ 4,949.10 |
| Hadar,Jacqueline | | | $ 5,620.49 | $ 5,620.49 | $ - | $ 1,756.82 | $ 21,773.60 |
| Harris,Gail L | $ 2,975.55 | $ 2,975.55 | $ 7,538.79 | $ 7,538.79 | $ 3,500.00 | $ 6,314.34 | $ 34,549.63 |
| Herrera,Arelis M (Rodriguez | | | $ 409.03 | $ 409.03 | $ - | $ 10,019.39 | $ 1,152.27 |
| Hightower,Pamela Y | $ 76.57 | $ - | $ 1,495.26 | $ 1,495.26 | $ - | $ 334.16 | $ 4,463.06 |
| Hill,Anthony M | $ 3,619.53 | $ - | $ 669.25 | $ 669.25 | $ - | $ 1,294.29 | $ 12,081.85 |
| Hill, George | | | $ 6,660.31 | $ 6,660.31 | $ - | $ 3,503.74 | $ 29,083.98 |
| Horton, Susanna | $ 198.15 | $ 198.15 | $ - | $ - | $ - | $ 8,434.35 | $ 558.20 |
| Innis,Maria S | $ 114.67 | | $ - | $ - | $ - | $ 161.88 | $ 503.69 |
| Irrizary, Noreen | $ 1,500.00 | $ 1,500.00 | $ - | $ - | $ - | $ 146.07 | $ 4,225.62 |
| Jeanfelix,Richard | $ 241.33 | $ 241.33 | $ 894.55 | $ 894.55 | $ - | $ 1,225.43 | $ 3,199.87 |
| Johnson,Lolita D | | | $ 3,610.42 | $ 3,610.42 | $ - | $ 927.96 | $ 11,865.74 |
| Johnson,Michelle R | $ 598.66 | $ 598.66 | $ 4,494.76 | $ 4,494.76 | $ - | $ 3,441.06 | $ 14,348.56 |
| Johnson,Sharon A | | | $ 2,525.12 | $ 2,525.12 | $ - | $ 4,161.08 | $ 10,574.18 |
| Johnston,Bernadette W | $ 475.49 | $ 475.49 | $ 370.12 | $ 370.12 | $ - | $ 3,066.51 | $ 2,382.15 |
| | | | | | | $ 690.82 | |

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Karsybayeva, Kamilla B | $ | 2,195.05 | $ | 2,195.05 | $ | - | $ 4,379.25 |
| Knapp, James | $ | - | $ | - | $ | 1,553.88 | $ 1,553.88 |
| Kolacki, Constance WANTS | $ | - | $ | - | $ | - | $ - |
| Lapenartowicz, Cynthia J | $ | - | $ | - | $ | - | $ - |
| Levy, Patrick | $ | 1,189.62 | $ | 1,189.62 | $ | 3,577.64 | $ 12,336.69 |
| Lewis, Valerie W | $ | 34.24 | $ | 34.24 | $ | 1,269.45 | $ 4,377.41 |
| Luc, Thanh T | $ | - | $ | - | $ | 1,582.48 | $ 5,456.84 |
| Ludviksen, Zuzel | $ | 1,215.06 | $ | 1,215.06 | $ | 27.97 | $ 96.46 |
| Madera, Evelia L | $ | 63.48 | $ | 63.48 | $ | 3,160.34 | $ 10,897.72 |
| Maldonado, Luis | $ | 30.46 | $ | 30.46 | $ | 2,821.51 | $ 9,729.35 |
| Marin, Consuelo M WANTS | $ | - | $ | - | $ | 222.37 | $ 766.78 |
| Martinez, Gabriel | $ | - | $ | - | $ | 1,850.80 | $ 6,382.06 |
| Mason, Patricia J | $ | - | $ | - | $ | 2,265.49 | $ 4,482.13 |
| Mcclain, Angel T | $ | 24.93 | $ | 24.93 | $ | 1,299.82 | $ - |
| Mccollum, Monique L | $ | 1,319.83 | $ | 1,319.83 | $ | - | $ 3,795.22 |
| Mcintosh, Shana (Heron) | $ | 314.77 | $ | 314.77 | $ | 4,091.47 | $ 14,108.50 |
| Mckenzie, Crage | $ | - | $ | - | $ | 3,215.48 | $ 11,087.87 |
| McKenzie, Michelle | $ | 6.36 | $ | 6.36 | $ | 1,952.76 | $ 6,733.64 |
| Mendez, Alma L | $ | 167.20 | $ | - | $ | 2,811.12 | $ 9,693.51 |
| Mills Henry, Jennifer A | $ | 615.70 | $ | 615.70 | $ | 8,020.21 | $ 27,655.90 |
| Monaco, Constance | $ | 113.76 | $ | 113.76 | $ | 5,801.50 | $ 2,068.96 |
| Moore, Belynda SOL | $ | - | $ | - | $ | 600.00 | $ 2,936.38 |
| Morrison, Giselle R | $ | - | $ | - | $ | 515.20 | $ 5,320.17 |
| Moser, Lauren M | $ | 759.80 | $ | 759.80 | $ | 1,042.35 | $ 6,935.96 |
| Moulier, Joe J | $ | - | $ | - | $ | 851.55 | $ 320.47 |
| Murphy, Charles | $ | - | $ | - | $ | 1,542.85 | $ - |
| Navarro, Claudia SOL | $ | - | $ | - | $ | 2,462.11 | $ 14,339.53 |
| Nelson, George A | $ | - | $ | - | $ | 92.94 | $ 8,635.27 |
| Nelson, Monica L | $ | 434.21 | $ | 434.21 | $ | - | $ 6,500.31 |
| Neumann, Wallace | $ | - | $ | - | $ | 4,158.46 | $ 5,366.13 |
| Odle, Barbara S | $ | 67.11 | $ | 67.11 | $ | 2,504.23 | $ - |
| Olacio, James | $ | - | $ | - | $ | 1,885.09 | $ 3,621.24 |
| O'Leary, Jerome | $ | 5.62 | $ | 5.62 | $ | 1,556.18 | $ 1,223.20 |
| Palermo, Jose A | $ | 146.23 | $ | 146.23 | $ | - | $ 1,437.56 |
| Perez, Betty (DIAZ) | $ | 984.79 | $ | 984.79 | $ | 1,050.16 | $ 920.38 |
| Perrin, Karlee | $ | - | $ | - | $ | 354.73 | $ 6,113.00 |
| Prideaux, Wanda | $ | - | $ | - | $ | 416.89 | $ - |
| Pyle, Casandra Lee | $ | 1,388.83 | $ | 1,388.83 | $ | 266.91 | $ 5,386.02 |
| Quinlan-Gill, Theresa | $ | 413.57 | $ | - | $ | 1,772.77 | $ 15.83 |
| Ragoo, Ambica | $ | 182.10 | $ | 182.10 | $ | 4.59 | $ 1,911.92 |

(Table values — mid/right columns also include: 3,021.80; 2,055.53; 2,307.47; 1,904.86; 963.67; 510.30; 259.61; 1,792.14; 1,765.69; 2,629.92; 2,033.93; 1,296.00; 5,405.01; 2,437.00; 1,707.42; and corresponding duplicates; plus 500.00 entries for Moser and Olacio; final column totals include 3,795.22; 3,440.98; 5,550.25; 6,793.84; 19,138.79; 7,922.25; 5,322.92; 1,889.52; 1,543.65; 2,297.45; 3,650.94; 1,058.77; 1,661.62; 2,953.05; 3,614.71; 10,182.94; 5,729.74; 2,033.93; 1,296.00; 3,315.33; 2,307.47; 1,904.86; 434.21; 510.30; 326.72; 2,292.14; 1,804.94; 2,011.43; 113.76; 515.20; 1,035.99; 1,804.94; 1,846.41; 2,365.36; 2,121.15; 5,486.73; 2,235.03; 2,238.64; 2,258.50; 747.44; 2,184.20)

| Name | Col2 | Col3 | Col4 | Col5 | Total |
|---|---|---|---|---|---|
| Raphael, Wilfred A | $ - | $ - | $ 1,779.36 | $ 1,779.36 | $ 1,979.49 | $ 1,779.36 | $ 6,825.84 |
| Rhoden, Marcia, E. SOL | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Richard, Aliette | $ - | $ - | $ 6,865.56 | $ 6,865.56 | $ 5,608.84 | $ 6,865.56 | $ 19,340.83 |
| Richards, Nancy T | $ 44.07 | $ 44.07 | $ 2,153.54 | $ 2,153.54 | $ 1,795.34 | $ 2,197.61 | $ 6,190.83 |
| Rivera, Reynaldo | $ 47.40 | $ 47.40 | $ 3,698.58 | $ 3,698.58 | $ 3,060.29 | $ 3,745.98 | $ 10,552.73 |
| Roberts, Vernell | $ - | $ - | $ 7,786.07 | $ 7,786.07 | $ 7,695.23 | $ 8,786.07 | $ 26,535.29 |
| Rodriguez, Richard | $ 58.29 | $ 58.29 | $ - | $ - | $ 47.62 | $ 58.29 | $ 164.21 |
| Rogers, Gerald R | $ 15.88 | $ 15.88 | $ 8,069.71 | $ 8,069.71 | $ 6,605.55 | $ 8,085.59 | $ 22,777.75 |
| Rolle, Maulana K | $ 302.42 | $ 302.42 | $ 2,578.89 | $ 2,578.89 | $ 2,353.89 | $ 2,881.31 | $ 8,116.88 |
| Rush, Leslie SOL | $ - | $ - | $ - | $ - | $ 1,000.00 | $ - | $ - |
| Sabater, Dulce Melody SOL | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Serrano Lebron, Carmen E | $ 140.41 | $ 140.41 | $ - | $ - | $ 114.71 | $ 140.41 | $ 395.55 |
| Shapiro, Brigette | $ 193.35 | $ 193.35 | $ 694.50 | $ 694.50 | $ 725.33 | $ 887.85 | $ 2,501.15 |
| Shelly, Sandra | $ - | $ - | $ 2,551.75 | $ 2,551.75 | $ 2,084.66 | $ 2,551.75 | $ 7,188.49 |
| Shureld, India | $ 1,090.71 | $ 1,090.71 | $ 1,832.22 | $ 1,832.22 | $ 2,387.90 | $ 2,922.93 | $ 8,234.13 |
| Silva, Rose M | $ - | $ - | $ 3,434.23 | $ 3,434.23 | $ 3,909.63 | $ 3,434.23 | $ 13,481.49 |
| Singh, Harold R | $ - | $ - | $ 3,510.63 | $ 3,510.63 | $ 3,184.79 | $ 3,510.63 | $ 10,982.02 |
| Smith, Agnes L | $ 530.97 | $ 530.97 | $ 4,747.66 | $ 4,747.66 | $ 4,312.39 | $ 5,278.63 | $ 14,870.33 |
| Smith, Garvin M | $ 137.78 | $ 137.78 | $ 3,701.10 | $ 3,701.10 | $ 3,136.19 | $ 3,838.88 | $ 10,814.43 |
| Smith, June | $ - | $ - | $ 2,902.88 | $ 2,902.88 | $ 2,371.52 | $ 2,902.88 | $ 8,177.64 |
| Soto, Cheryl C | $ - | $ - | $ 18,054.40 | $ 18,054.40 | $ 1,000.00 | $ 19,623.26 | $ 19,054.40 | $ 67,666.43 |
| Spencer, Kerene A | $ 311.13 | $ - | $ 3,400.96 | $ 3,400.96 | $ 3,159.69 | $ 3,400.96 | $ 10,895.49 |
| Starkey, Catherine | $ 143.83 | $ 143.83 | $ - | $ - | $ 117.50 | $ 143.83 | $ 405.18 |
| Stern, Maureen | $ - | $ - | $ 680.40 | $ 680.40 | $ 500.00 | $ 760.09 | $ 1,180.40 | $ 2,621.01 |
| Sumpter, Robert, T. | $ 135.68 | $ 135.68 | $ - | $ - | $ 110.84 | $ 135.68 | $ 382.22 |
| Taal, Theresa D | $ 366.77 | $ 366.77 | $ 2,312.30 | $ 2,312.30 | $ 1,000.00 | $ 2,597.15 | $ 3,679.07 | $ 8,955.69 |
| Thompson, Brenda | $ - | $ - | $ 434.36 | $ 434.36 | $ 354.85 | $ 434.36 | $ 1,223.63 |
| Turnquest, Christine NO OT | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Verley, Nichole L | $ 832.16 | $ 832.16 | $ 988.62 | $ 988.62 | $ 1,487.49 | $ 1,820.78 | $ 5,129.28 |
| Ward, Judy A | $ 2,205.88 | $ 2,205.88 | $ 2,955.50 | $ 2,955.50 | $ 4,216.61 | $ 5,161.38 | $ 14,540.02 |
| Washburn, Steven H | $ 857.25 | $ 857.25 | $ 2,189.35 | $ 2,189.35 | $ 2,488.93 | $ 3,046.60 | $ 8,582.51 |
| Webb, Arthenia | $ 658.42 | $ 658.42 | $ 934.74 | $ 934.74 | $ 1,301.54 | $ 1,593.16 | $ 4,488.06 |
| Welke, Phillip L | $ 149.89 | $ 149.89 | $ 3,574.53 | $ 3,574.53 | $ 3,042.68 | $ 3,724.42 | $ 10,491.99 |
| Weston, Narene B | $ - | $ - | $ 909.21 | $ 909.21 | $ 4,760.74 | $ 909.21 | $ 16,416.33 |
| Wilkey, James SOL | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Willoughby, John M | $ 1,184.85 | $ 1,184.85 | $ 637.09 | $ 637.09 | $ 1,000.00 | $ 1,896.92 | $ 2,821.94 | $ 6,541.10 |
| Wilson, Shelby T | $ 55.15 | $ 55.15 | $ - | $ - | $ 45.05 | $ 55.15 | $ 155.36 |
| Wooten, Ethel | $ - | $ - | $ 276.21 | $ 276.21 | $ 225.65 | $ 276.21 | $ 778.11 |
| Yepez, Camilo A | $ - | $ - | $ 2,183.61 | $ 2,183.61 | $ 1,783.91 | $ 2,183.61 | $ 6,151.40 |
| | $ 66,928.39 | $ 59,666.19 | $ 342,923.49 | $ 342,923.49 | $ 30,000.00 | $ 402,036.59 | $ 432,589.67 | $ 1,386,333.06 |