# EXHIBIT 5

# STRATEGIC STAFFING
# PREVIOUSLY PAID OVERTIME SUMMARY SPREADSHEET

| Last Name | First Name | *PAID* | *LIQUIDATED* |
|---|---|---:|---:|
| Barrington | Kelly | 13.05 | 13.05 |
| Brown | Faithpatra | 25.44 | 25.44 |
| Carr | Lucaster | 1205.44 | 1205.44 |
| Crowl | Zandra | 1271.89 | 1271.89 |
| Daniel | Kelsey | 183.48 | 183.48 |
| Gregory | Chelonda | 297.97 | 297.97 |
| Hill | George | 86.74 | 86.74 |
| Johnson | Lolita | 258.94 | 258.94 |
| Johnson | Sharon | 526.85 | 526.85 |
| Roberts | Vernell | 315.27 | 315.27 |
| Soto | Cheryl | 585.48 | 585.48 |
| Weston | Narene | 110.85 | 110.85 |
|  |  | **4881.40** | **4881.40** |
|  |  | TOTAL | $ 9,762.80 |