UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61865-CIV-DIMITROULEAS

SHARON ADAMS, STACEY
CAMERON, VERNELL ROBERTS, and
CHERYL SOTO, individually and on behalf
of others similarly situated,

    Plaintiffs,

vs.

ABN AMRO, INC.; ABN AMRO
MORTGAGE GROUP, INC.; LASALLE
BANK CORP., and STRATEGIC
STAFFING, INC., jointly and severally,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL, WITH PREJUDICE, AND

## ORDER APPROVING SETTLEMENT

THIS CAUSE is before the Court upon the Joint Motion for Court Approval of FLSA Collective Action Settlement [DE-166], Joint Stipulation of Dismissal, with prejudice [DE-167], and Plaintiffs' Motion for Agreed Award of Costs and Attorneys' Fees [DE-168]. The Court, having reviewed the Joint Motion, the Joint Stipulation, the written Settlement Agreement and General Release entered into between the parties, the Plaintiffs' Motion for Agreed Award, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Parties' Joint Motion [DE-166] is **GRANTED**.

2.     The Settlement Agreement is **APPROVED**. The Court holds that the proposed

       settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

3. The Plaintiffs' Motion for Agreed Award of Costs and Attorneys' Fees [DE-168] is **GRANTED**.

4. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

5. The Court hereby retains jurisdiction to enforce the terms of each Settlement Agreement.

6. All pending motions are denied as moot.

7. The Clerk shall close this case.

DONE AND ORDERED, in Chambers, Ft. Lauderdale, Broward County, Florida, this 1st day of October, 2007.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert S. Norrell, Esq.

Christopher C. Sharp, Esq.

Bradley L. Mirkin, Esq.

Jeffrey K. Ross, Esq.

Noah A. Finkel, Esq.

Tanya L. Jachimiak, Esq.

Benjamin Gehrt, Esq.

Ronald D. Shindler, Esq.

Angelo M. Filippi, Esq.